## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

CORINE MANUEL, individually
And on behalf of all others
similarly situated,

    Plaintiff,

v.

W.S. BADCOCK CORPORATION
d/b/a BADCOCK HOME
FURNITURE & MORE,

    Defendant.
_____/

Case No.:
**CLASS ACTION**

Orange Co.
Case No.: 21-CA-001428-O
**CLASS ACTION**

## NOTICE OF REMOVAL

COMES NOW the Defendant, W.S. Badcock Corporation d/b/a Badcock Home Furniture & More ("Badcock"), by and through undersigned counsel and pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, and files this Notice of Removal of the lawsuit currently pending in the Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida, Case No. 2021-CA-001428-O (the "State Court Action"). The grounds supporting removal are as follows:

1. Plaintiff, Corrine Manuel ("Plaintiff"), filed her Class Action Complaint in the State Court Action on February 10, 2021.

2. Plaintiff served Badcock with a Summons and the Class Action Complaint on February 22, 2021.

3. This Notice of Removal is timely pursuant to 28 U.S.C. § 1446 because

it is being filed within thirty (30) days of original service on Badcock in the State Court Action.

4. In accordance with 28 U.S.C. 1446(a) and Local Rule 1.06, a copy of all papers docketed in the state court action are attached to this Notice of Removal.

5. Prompt written notice of the filing of this Notice of Removal is being sent to Plaintiff and to the Clerk of Court for the Circuit Court of the Ninth Judicial Circuit, in and for Orange County, Florida, in accordance with 28 U.S.C. § 1446(d).

## **FEDERAL QUESTION JURISDICTION**

6. This Court has original jurisdiction over the State Court Action under 28 U.S.C. § 1331 because that action was brought pursuant to, and alleges a violation of, 47 U.S.C. § 227, *et seq.*, the Telephone Consumer Protection Act (TCPA), a law of the United States.

## **VENUE**

7. Because this action is pending in the Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida, venue for purposes of removal is proper in this Court pursuant to 28 U.S.C. § 1441(a).

8. Venue is proper in the Orlando Division because this Division embraces the county where the State Court Action is pending. *See* 28 U.S.C. 1446(a).

WHEREFORE, pursuant to 28 U.S.C. § 1441, Defendant hereby removes the State Court Action from the Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida, to the United State District Court for the Middle

District of Florida, Orlando Division.

Dated: March 24, 2021.

Respectfully submitted,

*/s/ Bradley F. Kinni*
JOHN E. JOHNSON, FBN 593000
jjohnson@jclaw.com
CHRISTOPHER L. DECORT, FBN 89009
cdecort@jclaw.com
JAMES JEFFREY BURNS, FBN 111395
jburns@jclaw.com
BRADLEY F. KINNI, FBN 1025847
bkinni@jclaw.com
**JOHNSON, CASSIDY,
NEWLON & DECORT, P.A.**
2802 N. Howard Avenue
Tampa, Florida 33607
Telephone (813) 699-4859
Facsimile: (813) 235-0456
*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 24, 2021, a true and correct copy of the foregoing has been served via e-mail to:

Manuel S. Hiraldo, Esq.
mhiraldo@hiraldolaw.com
**HIRALDO, P.A.**
401 E. Las Olas Blvd., Ste. 1400
Ft. Lauderdale, Florida 33301
*Attorneys for Plaintiff*

*/s/ Bradley F. Kinni*
Attorney

3