## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

### CASE NO. 6:21-CV-00531

| | |
|---|---|
| **CORINE MANUEL**, individually and on behalf of all others similarly situated, | **CLASS ACTION** |
| Plaintiff, | **JURY TRIAL DEMANDED** |
| v. | |
| **W.S. BADOCK CORPORATION d/b/a BADOCK HOME FURNITURE & MORE**, | |
| Defendant. | |
| _____/ | |

## JOINT NOTICE OF SETTLEMENT

The Parties, by and through their undersigned counsel, hereby give notice that they have reached a settlement with respect to Plaintiff's claim.

Plaintiff and Defendant anticipate filing a Stipulation of Dismissal within thirty (30) days.

2

Dated: May 27, 2021

| | |
|---|---|
| */s/ Ignacio J Hiraldo*<br>Ignacio J. Hiraldo, Esq.<br>IJH Law<br>1200 Brickell Ave. Ste. 1950<br>Miami, FL 33131<br>7864964469<br>Email: ijhiraldo@ijhlaw.com<br><br>*Counsel for Plaintiff* | */s/ John E. Johnson*<br>JOHN E. JOHNSON, FBN 593000<br>jjohnson@jclaw.com<br>JOHNSON, CASSIDY,<br>NEWLON & DECORT, P.A.<br>2802 N. Howard Avenue<br>Tampa, Florida 33607<br>Telephone (813) 699-4859<br>Facsimile: (813) 235-0456<br>*Attorney for Defendant* |